# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Marlon Terrill WILKINSON**  Case Number: **06-CR-657-02**

Name of Sentencing Judicial Officer: **The Honorable Edward R. Korman, Senior U.S. District Judge**

Date of Original Sentence: **November 2, 2007**

Original Offense: **Conspiracy to Defraud the United States, 18 U.S.C. § 371, a class D felony**

Original Sentence: **Five (5) years probation; no firearms; $100 special assessment fee; six (6) months home detention (no E/C); detox, if needed.**

Type of Supervision: **Probation**

Date Supervision Commenced: **November 2, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The defendant shall refrain from excessive use of alcohol; and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

U.S. Probation Officer Action:

Wilkinson commenced his probation term in the Northern District of Georgia.

On November 5, 2007, Wilkinson submitted a urinalysis in the Eastern District of New York which tested positive for marijuana. On November 13, 2007, Wilkinson submitted a urinalysis in the Northern District of Georgia which tested positive for marijuana (THC). Wilkinson admitted to using marijuana prior to sentencing, but indicated that he does not have a drug problem. Wilkinson was immediately placed on the Code-A-Phone System, and will remain on the Code-A-Phone System until November 2008. Wilkinson has submitted negative urine specimens since his placement on the Code-A-Phone System. Wilkinson has obtained employment and is on non-electronic monitoring curfew.

The Northern District of Georgia respectfully recommends that the Court take no action in this matter at this time.

Respectfully submitted by,

Sharon D. Dial, Researcher/Statistician
Date: 4/14/08

Approved by,

Elizabeth Daly
Supervising U.S. Probation Officer
Date: 4/14/08

THE COURT ORDERS:
☒ No Action
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

4/14/08
Date